HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA BAR #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANGELO GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ANGELO GAONA,<br><br>*Defendant.* | Case No.  1:22-cr-00008 DAD-BAM<br>Case No.  1:18-cr-00116 DAD-BAM<br><br>REQUEST FOR CORRECTED RELEASE ORDER;  CORRECTED ORDER<br><br>JUDGE: Dale A. Drozd |

**TO:    PHILLIP TALBERT, UNITED STATES ATTORNEY, AND STEPHANIE STOKMAN ASSISTANT UNITED STATES ATTORNEY, ATTORNEY FOR PLAINTIFF:**

Defendant, Angelo Gaona, through undersigned counsel, hereby requests that the temporary release order be corrected to set forth the proper spelling of the third party custodian's last name. Upon review of the order counsel realized that he provided an incorrect spelling of the third party custodian's last name. The name is listed as Elias **Marmejo**, when the correct name is **Marmojelo**. Counsel apologizes for his mistake and requests that the orders be corrected to include the proper last name.

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender

DATED: March 17, 2021           By:   */s/ Eric Kersten*
                                                            ERIC V. KERSTEN
                                                            Assistant Federal Defenders
                                                            Attorneys for Defendant
                                                            ANGELO GAONA

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGELO GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00008 JLT-SKO |
| --- | --- |
| *Plaintiff,* | Case No.  1:18-cr-00116 DAD-BAM |
| vs. | CORRECTED ORDER FOR TEMPORARY RELEASE |
| ANGELO GAONA, | |
| *Defendant.* | JUDGE: Dale A. Drozd |

Upon consideration of defendant ANGELO GAONA's motion for temporary release and after hearing the arguments of counsel, the motion is GRANTED. Angelo Gaona, (Fresno County Jail PID 09790321 / Booking No. 2126507) is hereby released to the third-party custodian Elias Marmojelo for transport to the Mountain View Cemetery, 1411 W. Belmont Avenue, Fresno, for the internment of his mother's ashes, and then to Roeding Park, located at 890 W. Belmont Avenue, Fresno, for the celebration of life to be held immediately after the internment. Defendant shall go directly to the cemetery upon his release and stop at no other locations other than those identified in this order during his temporary release. In addition, all of the conditions of his term of supervised release in Case No. 1:18-cr-00116 DAD shall be complied with during the time of his temporary release, including the conditions prohibiting his use of any alcohol or drugs, including prescription medication. Mr. Marmejo shall remain in Gaona's immediate presence and keep the defendant in his eyesight at all times during the

release. Defendant shall be released to the third-party custodian at 8:00 a.m. on March 18, 2022. He shall return to the Fresno County Jail no later than 2:30 p.m. on March 18, 2022. Finally, defendant is ordered to abide by all rules and regulations issued by the Court during the time of his temporary release.

IT IS SO ORDERED.

Dated: __**March 17, 2022**__              /s/ Dale A. Drozd
                                                               UNITED STATES DISTRICT JUDGE